727 A.2d 1109

**PRINCETON INSURANCE COMPANY, Appellant,**

**v.**

**MEDICAL PROFESSIONAL LIABILITY CATASTROPHE LOSS FUND, John H. Reed and Robert Atwell, Appellees.**

Supreme Court of Pennsylvania.

April 15, 1999.

256

***ORDER***

PER CURIAM:

**AND NOW,** this 15th day of April **1999,** the order of the Commonwealth Court is affirmed.